=====================================================================
* * * * * UNITED STATES DISTRICT COURT * * * * *

__ **NORTHERN** __ **DISTRICT OF** __ **NEW YORK** __

**JUDGMENT IN A CIVIL CASE**

**JEREMY S. FABIAN,**
    Plaintiff

  vs.                                       5:13-cv-1063 MAD

**COMMISSIONER OF THE SOCIAL SECURITY**,
    Defendant

__ XX __ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

  **THE COURT HEREBY ORDERS**, that the Commissioner's decision denying disability benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner, pursuant to sentence four of the 42 U.S.C. § 405(g), for further proceedings consistent with the Memorandum-Decision and Order; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment and close this case, all in accordance with the Memorandum-Decision and Order issued by the Hon. Mae A. D'Agostino on February 25, 2015.

**DATE:** __ February 25, 2015 __

*[Signature]*
Clerk of Court

By: Britney Norton
Courtroom Deputy Clerk to the
Hon. Mae A. D'Agostino